1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
   jasmine@wilshirelawfirm.com
3
4  **WILSHIRE LAW FIRM**
   3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989
7  *Attorneys for Plaintiff and Proposed Class*

8

9                    **UNITED STATES DISTRICT COURT**

10

11              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

13  PORTIA MASON, individually and         CASE NO.:  2:21-cv-06384-JAK-PVC
    on behalf of all others similarly
    situated,                              **NOTICE OF SETTLEMENT**
14
15                    Plaintiff,

16       v.

17  SHISEIDO AMERICAS
    CORPORATION d/b/a NARS, a
18  Delaware corporation; and DOES 1 to
    10, inclusive,
19
20                    Defendants.

21

22

23

24

25

26

27

28

*(left margin, vertical)* WILSHIRE LAW FIRM, PLC · 3055 Wilshire Blvd, 12th Floor · Los Angeles, CA 90010-1137

Plaintiff Portia Mason hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: September 14, 2021                    Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
Jasmine Behroozan
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-06384-JAK-PVC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 14, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 14, 2021        _/s/ Thiago M. Coelho_
                                            Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

NOTICE OF SETTLEMENT
CASE NO. 2:21-cv-06384-JAK-PVC